IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION NO. 10-00155-CG-C |
| **GEORGE WASHINGTON, JR.,** | * | |
| Defendant. | * | |

## JUDGMENT BY DEFAULT

An entry of default having been entered by the clerk of court as to defendant, George Washington, Jr., on June 15, 2010 (Doc. 9), all in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, and counsel for plaintiff having filed a motion for judgment by default against defendant and having filed a proper unsworn declaration (Doc. 10) as to the amount due;

It is hereby **ORDERED** and **ADJUDGED** that pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, judgment is rendered in favor of plaintiff, United States of America, and against defendant, George Washington, Jr., in the amount of $14,453.63 (principal of $11,784.10, prejudgment interest at 3.28% per annum in the amount of $2,669.53 through March 31, 2010); plus prejudgment interest from March 31, 2010, through the date of judgment; and post judgment interest at the legal rate of 0.33% pursuant to the provisions of Title 28, United States Code, Section 1961, until paid in full, and court costs.

**DONE and ORDERED** this 17th day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE